# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | | |
|---|---|---|
| IN RE: **TRESHA−MOB, LLC** , Debtor(s) | Bankruptcy Case No.: | 18−52420−rbk |
| | Chapter No.: | 11 |
| | Judge: | Ronald B. King |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Bankruptcy Case No.: 18−52420−rbk . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **Interested Party Votaire Asset Managers II, LLC**, relates to:

CM/ECF Doc. 123 entered 4/2/2019 − Order Relating To Debtor's Motion To (A) Establish Bidding Procedures in Connection With The Sale of Substantially All of The Debtor's Assets and Assignment of Assumed Leases; (B) Authorize The Debtor To Select A Designated Purchaser or A Stalking Horse Bidder and/or Hold An Auction; (C) Approve The Form and Manner of Notice; and (D) Grant Related Relief (related document): [51] Motion to Sell Property Free and Clear of Liens 11 USC 363(f).

| | |
|---|---|
| ☑ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☑ | Additional Items: Bankruptcy Docket Sheet<br>List of Parties |

**REMARKS**:

Dated: 4/3/19

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

**[LtrTrnNtcDCBK]** [LtrTrnNtcDCBK]