# <u>List of Parties to Appeal</u>

## 18-52420 In Re TRESHA-MOB, LLC

## Notice of Appeal – CM/ECF Doc. 124

**<u>Appellant</u>:**

| | | |
|---|---|---|
| **Voltaire Asset Managers II, LLC**<br>Wick Phillips c/o Jason Rudd<br>3131 McKinney Ave.<br>Suite 100<br>Dallas, TX 75204<br>jason.rudd@wickphillips.com<br><br>***Interested Party / Appellant*** | Represented by | **Jason M. Rudd**<br>Wick Phillips<br>3131 McKinney Ave., Suite 100<br>Dallas, TX 75204<br>(214) 740-4038<br>(214) 692-6255 (fax)<br>jason.rudd@wickphillips.com |

**<u>Appellee</u>:**

| | | |
|---|---|---|
| **TRESHA-MOB, LLC**<br>67 E Cedar St<br>Chicago, IL 60611<br><br>***Debtor / Appellee*** | Represented by | **Eric Terry**<br>Eric Terry Law, PLLC<br>3511 Broadway<br>San Antonio, TX 78209<br>(210) 468-8274<br>(210) 319-5447 (fax)<br>eric@ericterrylaw.com<br><br>**William B. Kingman**<br>3511 Broadway<br>San Antonio, TX 78209<br>(210) 829-1199<br>bkingman@kingmanlaw.com |

**<u>Interested Parties</u>:**

| | | |
|---|---|---|
| **United States Trustee - SA12**<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539<br>(210) 472-4640<br>USTPRegion07.SN.ECF@usdoj.gov<br><br>***(U.S. Trustee / Interested Party)*** | | |